months due to the government's motion to depart downward from the mandatory minimum for substantial assistance under 18 U.S.C. § 3553(e).

The government's argument is well-taken. *See United States v. Byers*, 561 F.3d 825, 831 (8th Cir.2009) (concluding defendants who were subject to statutory mandatory minimum terms when originally sentenced were not eligible for sentence reductions based on Amendment 706 even though their original sentences were below the mandatory minimum because of a § 3553(e) substantial assistance departure motion); *see also United States v. Baylor*, 556 F.3d 672, 673 (8th Cir.2009) (concluding the same and noting "[t]he fact that the government originally moved to depart downwards from the mandatory minimum did not impact [the defendant's] Guidelines range and thus is irrelevant.").

We therefore reverse and remand to the district court with instructions to reinstate Welch's original sentence of 100 months imprisonment.

Raymond L. Semler Moose Lake, MN, pro se.

Marsha Eldot Devine, Attorney General's Office, St. Paul, MN, for Appellee.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Raymond L. Semler appeals the district court's [1] dismissal of his lawsuit raising 42 U.S.C. § 1983 and state-law claims. Upon de novo review, *see Allen v. Purkett*, 5 F.3d 1151, 1153 (8th Cir.1993) (per curiam), we agree with the district court that dismissal was proper because Semler's claims were barred by res judicata. The judgment is affirmed. *See* 8th Cir. R. 47B.

**Raymond L. SEMLER, Appellant,**

v.

**Donna FINCH, Appellee.**

**No. 09–1189.**

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 21, 2009.

Filed: Sept. 28, 2009.

**UNITED STATES of America, Appellee,**

v.

**Susan K. KROUGH, Appellant.**

**No. 08–2772.**

United States Court of Appeals, Eighth Circuit.

Submitted: April 15, 2009.

Filed: May 29, 2009.

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.